# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2021

## NO. 03-20-00531-CV

**M. D., Jr. and C. A., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
## AFFIRMED IN PART; REVERSED AND RENDERED IN PART;
## REVERSED AND REMANDED IN PART – OPINION BY JUSTICE KELLY

This is an appeal from the order of termination signed by the associate judge on February 5, 2020, and adopted by the district court on October 23, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in that portion of the trial court's order appointing Texas Department of Family and Protective Services as A.A.'s managing conservator. Therefore the Court affirms that portion of the trial court's order. The Court further holds that there was reversible error in that portion of the trial court's order that terminated M.D., Jr.'s and C.A.'s parental rights to A.A. on statutory grounds. Therefore, the Court reverses that portion of the trial court's order terminating M.D., Jr.'s parental rights, renders judgment deleting the portions of the order regarding statutory subsections (E) and (N) as to M.D., Jr., and remands for a new trial as to whether termination of his parental rights is

warranted under statutory subsection (O). The Court further reverses that portion of the trial court's order terminating C.A.'s parental rights, renders judgment deleting the portion of the order regarding statutory subsection (N) as to C.A., and remands the case for a new trial as to whether termination of her parental rights is warranted under statutory subsections (E) and (O). We instruct the trial court to commence the trial no later than 180 days after the mandate is issued by this Court. The Texas Department of Family and Protective Services shall pay the costs of this appeal, both in this Court and in the court below.